ERSKINE HEWITT, as Substituted Trustee, etc., of PETER COOPER, Deceased,

and Another, Respondents, v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of PETER COOPER HEWITT, Deceased, and Others, Respondents, and SARAH COOPER HEWITT and Others, as Executors, etc., of AMY H. GREEN, Deceased, and Others, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.